UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH E BERRY,<br><br>                   Plaintiff,<br><br>         v.<br><br>ROBERTS, et al.,<br><br>                   Defendants. | Case No. C20-5269 BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for <u>November 6, 2020</u> |

On March 31, 2020, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 7), with respect to his proposed civil rights complaint (Dkt. 1). On June 2, 2020, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 8. The Court informed plaintiff that his complaint was fatally deficient for lack of sufficient facts regarding defendants' conduct to allege a First Amendment violation, and for the inapplicability of Eight Amendment protections to events alleged in plaintiff's complaint. Dkt. 8, at 3. The deadline for plaintiff's response was set for July 30, 2020. Plaintiff has not responded to the Court's order to show cause.

Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

1  Petitioner has **fourteen (14) days** from service of this Report and
2 Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6;
3 FRCP 72(b). Failure to file objections will result in a waiver of those objections for
4 purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time
5 limitation, this matter shall be set for consideration on **November 6, 2020**, as noted in
6 the caption.

7  Dated this 16th day of October, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2