UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E. BERRY,

          Plaintiff,

v.

ROBERTS, et al.,

          Defendants.

CASE NO. C20-5269 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's complaint is **DISMISSED without prejudice** for failure to file an amended complaint or otherwise respond to the order to show cause; and

(3)    The Clerk shall close this case.

Dated this 16th day of November, 2020.

                        BENJAMIN H. SETTLE
                        United States District Judge

ORDER - 1